IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED AWADALLAH,<br><br>Petitioner,<br><br>vs.<br><br>FEDERAL COURT,<br><br>Respondent. | **8:26CV531**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the Motion for Leave to Proceed in Forma Pauperis, Filing No. 5, filed by Petitioner Mohamed Awadallah on September 23, 2026. Petitioner failed to sign the Motion. Regardless of the lack of signature, the Court will deny Petitioner's Motion as moot. On September 16, 2026, the Court dismissed Petitioner's habeas petition in this case because it was deficient and duplicative of another habeas petition filed by Petitioner in Case No. 8:26CV532, which the Court transferred to the United States District Court for the Southern District of Iowa as Petitioner is confined in Iowa in that district. Filing No. 3. Because this case is closed,

IT IS ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 5, is denied as moot and without prejudice to reassertion in his pending habeas case(s) in the United States District Court for the Southern District of Iowa.[1]

[1] According to the court records for the United States District Court for the Southern District of Iowa, Petitioner's habeas petition that was transferred from this Court is docketed at Case No. 4:26-cv-00389-RGE-WPK in the Southern District of Iowa, and Petitioner has a second habeas petition pending in the Southern District of Iowa at Case No. 4:26-cv-00371-RGE-WPK.

Dated this 24th day of September, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge